

# FEC: F1N Filing - Accepted

**From:** noreply-efiling@fec.gov
**To:** SANDERSJARMAL@MAIL.COM
**Date:** Mar 27, 2019 2:39:16 PM





## Federal Election Commission
UNITED STATES —of— AMERICA

## FEC electronic filing results

Your filing was received and accepted by our system on 03/27/2019 03:39:09 PM, and was assigned the Filing ID: FEC-1321367

| | |
|---|---|
| **Committee ID:** | C00700393 |
| **Committee name:** | Rev. Jarmal Jabbar Sanders For President Of The United States Of America |
| **Form type:** | F1N (New Report) |
| **Schedule:** | |
| **From/through:** | - |
| **Filing software/version:** | FEC Webforms/8.3.0.0 |

Review your validation warnings:
https://efoservices.fec.gov/webcheck/services/results/FDGO19032787370

If you are receiving this email in error or have any questions, please contact the FEC Electronic Filing Office toll-free at (800) 424-9530 ext. 1307 or locally at (202) 694-1307.

Online webforms | Reset password | Download FECFile