IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

NOV 10 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Rev. Jacmal Jabbar Sanders )
Plaintiff, )
)
v. )  CASE NO. 2:20-cv-921-MHT
)
Donald J. Trump )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Rev. Jacmal Sanders_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[~~✓~~] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| unknown | Self |

Date: 11·10·20

(Signature) Rev. Jamal J. Sanders, M.D.

(Counsel's Name)

Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number