IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

RECEIVED

DEC - 1 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Rev. Jarmal Jabbar Sanders M.D.

CASE NO.

2:2020-CV-00921

(Plaintiff)

VS.

DONALD J. TRUMP, PRESIDENT OF THE

UNITED STATES OF AMERICA

(Defendant)s

## MOTION TO PARTICIPATE IN THE PRO SE PARTY ASSISTANCE PROGRAM

(PLAINTIFF) REV. JARMAL JABBAR SANDERS M.D. MOVES THIS HONORABLE COURT FOR AN ORDER ALLOWING HIM TO PARTICIPATE IN THE PRO SE PARTY ASSISTANCE PROGRAM.

THE (PLAINTIFF) REV. JARMAL JABBAR SANDERS M.D. HAS ALREADY COMPLETED HIS DECLARATION OF THE PRO SE PARTY TO PARTICIPATE ASSISTANCE PROGRAM FORM AND ASKED FOR AN ORDER FOR HIM TO BE PLACED IN THAT PROGRAM ON THE GROUNDS OF THE SWORN AFFIDAVIT IN SUPPORT OF THIS MOTION

*Rev. Jamal J. Sanders M.D.*

(PLAINTIFF) SIGNATURE